# FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-2237
FAX: (717) 782-3881

FEDERAL PUBLIC DEFENDER
JAMES V. WADE

ASSISTANT FEDERAL DEFENDERS
LORI J. ULRICH
THOMAS A. THORNTON
RONALD A. KRAUSS
FREDERICK W. ULRICH

## MEMORANDUM

**TO:** The Honorable Sylvia H. Rambo

**FROM:** James V. Wade, Federal Public Defender

**DATE:** October 18, 2007

**SUBJECT:** Potential CJA Appointment, *United States v. Kevin Card*
*Criminal Case No. 1:01-CR-131-09*

Kevin Card was indicted in 2001 on charges of mail fraud, wire fraud and conspiracy to defraud the United States in violation of 18 U.S.C. § 1341, 18 U.S.C. § 1343 and 18 U.S.C. § 371, respectively. I have attached a copy of the first page of the Indictment. Mr. Card contacted the Federal Public Defender's Office seeking legal representation. Due to our previous representation of a co-defendant in this case, this office cannot represent Mr. Card.

Mr. Card has completed a Financial Affidavit. I have attached the affidavit to this memorandum. I ask that you consider the Financial Affidavit of Kevin Card to determine whether counsel should be appointed to represent him. Due to our conflict, my office has been in contact with Ann Ariano, Esquire. Ms. Ariano has indicated that he will accept the appointment. Mr. Ariano's address and other pertinent information are as follows:

Ann Ariano, Esquire
6121 Chatham Court
Harrisburg PA 17111
(717) 564-6955

If you have any questions concerning this matter, please do not hesitate to contact my office at (717) 782-2237.

JVW

JVW/hnl
Attachments
cc: Christy H. Fawcett, AUSA (w/o attachments)
    Ann Ariano, Esquire