IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:CR-01-131-09

v.

KEVIN CARD

## ORDER APPOINTING COUNSEL

Upon consideration of the Defendant's request for appointment of counsel, **IT IS HEREBY ORDERED THAT**:

1) Attorney Ann Ariano, 6121 Chatham Court, Harrisburg, PA 17111, telephone number (717) 564-6955, is appointed to represent Defendant in the captioned action.

2) The Clerk of Court shall prepare the appropriate paperwork and forward it to Attorney Ariano as soon as possible.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: October 19, 2007.