IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0131-09 |
| | : | |
| v. | : | |
| | : | |
| KEVIN CARD | : | |

PLEA

FILED
HARRISBURG, PA
JAN 31 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

AND NOW, this 31st day of January, 2008, the defendant, KEVIN CARD, hereby pleads Guilty to Count-1 of the Indictment .

_____
(Signature of Defendant)

_____
(Signature of Counsel)