IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

**United States of America**                                  CASE NUMBER: 1:01-CR-0131-09

vs.

**Kevin Card**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                    **Date and Time: May 13, 2008 @ 10:00 AM
       Courtroom #3
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  May 2, 2008                                         /s/ Mark J. Armbruster
                                                                                    Deputy Clerk

CC:  Judge Sylvia H. Rambo
      Ann Ariano, Esq.
      Christy Fawcett, AUSA
      U.S. Marshal
      Federal Probation
      Wendy Yinger, Rptr.

**\*All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

\*\*Counsel is expected to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You