

**CTI CANADIAN TRAINING INSTITUTE**
**INSTITUT CANADIAN DE FORMATION**

**BREAKING THE CYCLE, YOUTH GANG EXIT**
**& AMBASSADOR LEADERSHIP PROGRAM**
1790 Albion Road, Unit # 101, Toronto, ON M9V 4J8
Telephone: 416 – 745 –1829   Fax: 416 –742 - 4240



---

March 27, 2008

The Honorable Sylvia H. Rambo
United States District Judge
Middle District of Pennsylvania
Harrisburg Federal Building and Courthouse
P.O. Box 983
Harrisburg, PA 17108

**In Re: USA vs. Kevin Card**

Dear Judge Rambo:

I am writing this letter in support of Kevin Card, from the perspective of being his immediate Supervisor and co worker. We hired Kevin as a Case Manager within our innovative youth program entitled Breaking the Cycle: Youth Ambassador Leadership Project. Within his role Kevin delivered a variety of training programs that supported and demonstrated his skills as a group co-facilitator. Some of these programs included: Cognitive Behaviour Theory and Practice, Anger Management both basic and advanced, a two week intensive curriculum based on social learning principles and Cognitive behaviour theory. She has also completed Conflict Mediation Training, and received CPR/First Aid training. Our program is also aimed at providing Trauma support for any problems that may arise within the youth's neighbourhood. .
Within his role as Case Manager, he was also trained to administer a variety of instruments in conducting psychosocial assessments and helping youth to feel comfortable during the process. Some of these instruments include the BERS, a strength based approach, Staxi anger Inventory, DAPS- diagnostic assessment of Post Traumatic Stress Disorder, the Revised Jessness Behaviour Inventory and the Personal Compass a reflective and goal oriented graphic workbook.

He has displayed group facilitation skills, individual assistance skills and community outreach skills. Within the Breaking the Cycle Project we facilitate separate curriculum's for young men and young women. Kevin is comfortable both co-facilitating the women's group and co-leading the young men's group. Kevin's compassion for the youth in the program was very evident as he made himself available to our program participants after program hours.  Many times the youth would request to only speak with Kevin as he related to where they were coming from and "spoke their language", which was the language of the streets.  Kevin's time with Breaking the Cycle was invaluable and we were very disheartened to hear that he had to leave.  Kevin was very forthcoming with his extradition charges and hid nothing from us.  I felt that his level of honesty and integrity is something this program really needed.  As a team member Kevin was reliable, punctual and committed to both the team and the youth.

Finally I would like to add that if not for him leaving to address his judicial matters; Kevin would still be a Case Manager with our agency.  We at Breaking the Cycle hope you would take our letter into consideration when Kevin Card comes before you.

If you require additional information please let me know or wish to speak with me directly, please feel free to call me at 416-419-6983.

Thank you for your consideration of this request.

Sincerely,


Jabari Lindsay
Project Coordinator, Breaking the Cycle
Canadian Training Institute