March 26, 2008

The Honorable Sylvia H. Rambo
United States District Judge
Middle District of Pennsylvania
Harrisburg Federal Building and Courthouse
P.O. Box 983
Harrisburg, PA 17108

**In Re: USA vs. Kevin Card**

Dear Judge Rambo:

My name is Charmaine Browne and I am a Case Manager currently working in the social work field.  For the past 15 years I have been working in the Mental Health field as a Sexual Health Educator and with youth in the Criminal Justice system.  I am a Anti-Violence Consultant and also volunteer at a Women's Shelter as well as a Tenant Representative for the residents in my area.

I am writing this letter in support of Kevin Card who is the father of my 12 yr. old son TeJah.  I have known Kevin for the past 14 years.  Kevin and I met during a time that he was grieving the death of one of his close friends.  During this period we became close friends that eventually led to a relationship that was very caring and supportive.  Kevin and I continue to be extremely close to the point where he considers me to be his best friend as I do him.  I feel that my relationship with Kevin is unique **because** I have known him for the past 14 years. As his partner, I had the opportunity to see him make great strides towards becoming the positive nurturing man that he is today. The experiences we have shared, and there have been many, have helped us both grow.

In knowing Kevin, he is a very humble, caring, and grounded person who is spiritual and extremely family oriented.  As a father Kevin is a wonderfully responsible person who is committed to the well being of not only our son but my older son Jahleel.  Kevin considers Jahleel to be a part of his family and has always included him in anything he does with or without our son TeJah.  Kevin is also a very thoughtful and generous man.  I remember when a company that I worked for in 2004 went bankrupt; Kevin offered to drive me back and forth to work and supported me financially until I was able to secure another job.

Throughout the years I have found Kevin to be a very ambitious, conscientious and focused person.  When he said that he wanted to go back to school, he was met with some resistance from his friends who said he couldn't do it or that he would never get a job because of the charges that were against him.  Being the determined person that he is, he never once let that negativity sway him from his goal.  When Kevin first began studying for his Social Worker Diploma, he would ask for my opinion/advice for either a youth that he had met on the street or would ask if I could get them into my program, or he would try to help a parent deal with problems they were having with their children.  Kevin was constantly in the community trying to help youth so they wouldn't make the same mistakes he made.  As a result of his commitment to his education, he is enrolled at York University doing Sociology, and his commitment to the youth in his community, when a job opening came up at my workplace; I recommended that he be considered for the position.  Now most people would say that I was crazy to work with my son's father, but because I know his passion is in working with youth and of our level of respect for one another I felt he would be the best candidate.

During the time that he worked with me, Kevin made an invaluable contribution to the agency. Many of the young men who we worked with have formed a special bond with Kevin.  He became a positive example to them because he was willing to share his experiences and help them reflect on their situations and the choices they were making. Kevin was very much a role model for the

young men and young women alike. He has an outstanding reputation in the community and has been requested to do motivational speaks and presentations within the social work community.

Before leaving to go to Pennsylvania, Kevin sat down with the youth in the program and explained to them the situation. Three young people in particular were very affected by Kevin's leaving and to his credit, in his letters to me; he has asked me to relay messages of encouragement for those same youth. There would be times that Kevin and I would be up late nights discussing how he could better help the participants. I believe this shows his level of commitment to the youth he works with.

Kevin has continually been very open about the **Conspiracy to commit wire fraud** and **Mail fraud charges** against him. In fact I have gone to most if not all of his court appearances along with members of his family. I believe him to be very remorseful for what as he has done, especially because he realizes the impact of what he has done and how it has affected families and individuals as a result of his actions. Kevin and I have discussed a strategy that will aid him in remaining focused and accomplish the goals he has set for himself. Actually we sat down and mapped out a plan using **The Personal Compass** which is a workbook for Visioning and Goal Setting.

Kevin is also very regretful about the impact his actions have had on our son TeJah. TeJah is especially going through a difficult time because he is extremely close to his father and misses him terribly. They were constant companions and where some fathers are not very affectionate to their sons at this age, Kevin is the quite the opposite. Because Kevin is so committed to family, he has ensured that our son has a strong bond with his two younger sisters. He has also instilled in TeJah a strong sense of spirituality including morals and a good sense of right and wrong.

I myself have gone through many things in my life that were very traumatic and at times overwhelming. Kevin has been there for me throughout each and every one of them. He continues to be a great support for me and I know that I can always depend on him no matter the circumstance.

In closing I would ask that you take my letter into consideration when making your decision for Kevin.

Thank you for you time and consideration to this matter. If you have any questions or concerns please feel free to contact me at 416-740-8455.

Respectfully,


Charmaine Browne