Thursday, April 10, 2008


Your Honorable Sylvia H. Rambo - United States District Judge:

### Re: U.S.A. vs. Kevin Card

My name is Melanie Skinner. I am a social worker who presently supports individuals with a serious mental illness in the community and am educated with a B.A. in Sociology and a college diploma in Corrections. I am writing this letter on behalf of Kevin Card, my present partner and father to my daughter, Jahmarah Card. I have known Kevin for the past five years and came to know him through mutual friends and our interest in the social work field.

In my opinion, Kevin is an honest, genuine, caring, considerate and driven person and father. Kevin is an honest person, as he has always been open and honest with me regarding his intentions and I find that I can trust in whatever promises he makes to me. Kevin is the type of person who will not say something to please others; he only says what he truly means. In addition to his honesty, I find Kevin to be a very caring partner and father to myself and daughter. He is always looking out for us and always does what he can to ensure of our emotional, financial and spiritual well being.

Kevin however, does not only care for his friends and family but for his community and this is evidenced in his interest and passion with working with young people involved in the Criminal Justice System. It's noteworthy to point out that prior to being extradited to the U.S.A Kevin quit his job in preparation but was later advised that it would take another three months for the extradition to go through. Kevin at this time could have used those three months to do a variety of things but instead chose to return to work as a full time volunteer and actually volunteered, right up to his extradition date. Kevin appeared to enjoy working with these young people and was well respected by them and his peers. His co-workers would often call, after work hours to discuss youth matters with him and he would always make himself available to them and the youth they assisted.

As stated above, Kevin is a driven person who is ambitious and determined to live an honest and productive life for himself, family and children e.g. Kevin decided to return to school when most people would probably say it's too late. To his credit, he completed his college diploma in Social Work at Centennial College and thereafter enrolled at York University where is presently in his third year. Kevin only needs to complete four courses to receive his Sociology BA and still remains committed to this goal.

Prior to being extradited, Kevin and I sat down and talked as to what he would like to do when his judicial matters are completed and Kevin advised me, he would like to return to York University to complete his Sociology B.A. We then made a tentative plan, as to how he could materialize this goal.

Finally, Kevin is a good father to my daughter Jahmarah and has made himself available during pregnancy and after the birth of our daughter. He was always interested in being there for her many milestones and saw it important that she develop a bond with her paternal siblings. My daughter in return has a strong bond with her father and being 21 months old, is still trying to figure out why she has not seen him (as he is presently incarcerated). If all goes well, Kevin and I will be expanding our family, as I am presently 13 weeks pregnant with Kevin's second child and is due in mid October 2008.

I understand that Kevin is presently before the court for the charges of "conspiracy to commit wire fraud" and "mail fraud" but even in light of these charges, I still hold the above opinions of Kevin. This is due to the fact that Kevin as become a more spiritual person, since these offences and now lives by a higher moral code. Within this time, he has made a resolution to turn his life around and has advised me of this, repeatedly. He has proven his seriousness regarding this resolution, in returning to school and completing the Social Worker program at Centennial College and continues to improve himself by working towards his BA at York University. It is my opinion that these things not only highlight that Kevin is a new person but also shows, he has the main tools required for a successful, law abiding life. I am therefore respectfully requesting that you take my above statements into consideration when deciding a judgement for Kevin.

Thank you for your time and consideration, please feel free to contact me at (416) 949-0731 or 416-698-8340, if you have any concerns or additional questions.

Respectfully submitted,


Melanie Skinner
B.A., Soc