## The Ariano's

**From:** "Joel Ien" <jien@oise.utoronto.ca>
**To:** <bbcard@rogers.com>
**Sent:** Tuesday, April 22, 2008 10:54 AM
**Subject:** Kevin Card

Dear Judge Rambo
I am writing on behalf of Kevin Card whom I have known for most of his
adult life. I have seen Kevin go through the stages from follower to
leader:from wanting to belong to a group to standing up for what is right.
Over the past four years I came to know Kevin very well because he lived
with me to be supervised through a Court Order.
Kevin graduated from College with a Social Work Diploma and has one year
of courses left to graduate from York University with a Bachelor of Arts
degree. For the past two years he aligned himself and worked with a
National Organization serving troubled youth. He did this with passion and
conviction, talking to them about the folly of running counter to the Law.
The young people see him as someone who pulled himself up by the boot
straps and worked assiduously to be successful in College and University.
Without reservation, I submit that Kevin is not likely to ever re-offend
and will make a worthwhile contribution to society

Yours Sincerely,
Joel Ien
Coordinator - Students At Risk
Initial Teacher Education
OISE/UT
10-168 252  Bloor St. W
Toronto
416 978 0236